# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Scott E. Huber<br>　　　　　　　　Debtor<br><br>New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing<br>　　　　　　　　Moving Party<br>　　vs.<br>Scott E. Huber<br>　　　　　　　　Debtor<br><br>Frederick L. Reigle Esq.<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 16-11339 REF<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, which was filed with the Court on or about **June 9, 2016, docket entry 14**.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Joshua I. Goldman, Esquire**
　　　　　　　　　　　　　　　　　　Joshua I. Goldman, Esquire
　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　Main Number: (215) 627-1322

September 23, 2016