United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-11339-ref
Scott E. Huber                                                                  Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4            User: Angela            Page 1 of 1            Date Rcvd: Oct 20, 2016
                                Form ID: 155            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2016.
db             +Scott E. Huber,   311 S. Miller St.,   Shillington, PA 19607-2517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2016 at the address(es) listed below:
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
      JOHN A. DIGIAMBERARDINO    on behalf of Debtor Scott E. Huber jad@cdllawoffice.com,
       dmk@cdllawoffice.com,reb@cdllawoffice.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
       Servicing bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Scott E. Huber
        Debtor(s)

Chapter: 13

Bankruptcy No: 16−11339−ref

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 20th day of October, 2016 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                Richard E. Fehling
                                Judge ,
                                United States Bankruptcy Court