IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   SCOTT E. HUBER,                         : Chapter 13
               Debtor                      : Case No.  16-11339

## ORDER

     Upon consideration of the Application for Allowance of Compensation of John A. DiGiamberardino, Esquire, pursuant to Section 330 of the United States Bankruptcy Code, it is Ordered that the aforesaid application for counsel fees is approved in the amount of $2,955.36 and advanced costs in the amount of $44.64.

BY THE COURT:

**Date: December 2, 2016**

Copies to:

Office of the United States Trustee
833 Chestnut St., Ste. 500
Philadelphia, PA  19107

Frederick L. Reigle, Esquire
P.O. Box 4010
Reading, PA  19606

John A. DiGiamberardino, Esquire
845 N. Park Road, Ste. 101
Wyomissing, PA  19610

Scott E. Huber
311 S. Miller Street
Shillington, PA 19607