United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                    Case No. 16-11339-ref
Scott E. Huber                                                                                      Chapter 13
              Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4              User: Cathleen              Page 1 of 1              Date Rcvd: Dec 05, 2016
                                 Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2016.
db              +Scott E. Huber,    311 S. Miller St.,    Shillington, PA 19607-2517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2016 at the address(es) listed below:
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
          JOHN A. DIGIAMBERARDINO    on behalf of Debtor Scott E. Huber jad@cdllawoffice.com,
          dmk@cdllawoffice.com,reb@cdllawoffice.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   New Penn Financial, LLC d/b/a Shellpoint Mortgage
          Servicing bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  SCOTT E. HUBER,                      :  Chapter 13
                 Debtor               :  Case No.  16-11339

## ORDER

      Upon consideration of the Application for Allowance of Compensation of John A. DiGiamberardino, Esquire, pursuant to Section 330 of the United States Bankruptcy Code, it is Ordered that the aforesaid application for counsel fees is approved in the amount of $2,955.36 and advanced costs in the amount of $44.64.

BY THE COURT:

**Date: December 2, 2016**

_____

Copies to:

Office of the United States Trustee
833 Chestnut St., Ste. 500
Philadelphia, PA  19107

Frederick L. Reigle, Esquire
P.O. Box 4010
Reading, PA  19606

John A. DiGiamberardino, Esquire
845 N. Park Road, Ste. 101
Wyomissing, PA  19610

Scott E. Huber
311 S. Miller Street
Shillington, PA 19607