United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-11339-ref
Scott E. Huber                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: Cathleen          Page 1 of 1              Date Rcvd: Mar 07, 2017
                            Form ID: 167            Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2017.
db            +Scott E. Huber,    311 S. Miller St.,    Shillington, PA 19607-2517
13682703      +New Penn Financial LLC,    dba Shellpoint Mortgage Servicing,    55 Beattie Place, Ste. 110,
                Greenville, SC 29601-5115
13725900       New Penn Financial, LLC,    c/o Shellpoint Mortgage Servicing,    P.O. Box 10826,
                Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor   New Penn Financial, LLC d/b/a Shellpoint
               Mortgage Servicing bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Scott E. Huber jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   New Penn Financial, LLC d/b/a Shellpoint Mortgage
               Servicing bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor   New Penn Financial, LLC d/b/a Shellpoint Mortgage
               Servicing tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Scott E. Huber
    Debtor(s)

Case No: 16−11339−ref
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

**RESCHEDULED HEARING**

Motion for Relief from Stay (and objection thereto) Regarding Property 311 South Miller Street, Shillington, PA Filed by New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing.

on: 3/21/17

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 3/7/17

Timothy B. McGrath
Clerk of Court

33 − 28
Form 167