IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Scott E. Huber                           : Chapter 13
            Debtor                              : Case No.  16-11339

## NOTICE

Scott E. Huber, Debtor in the above entitled case, hereby gives notice that he hereby converts his case from one under Chapter 13 of the Bankruptcy Code to one under Chapter 7 of the Bankruptcy Code pursuant to 11 USCS 1307(a) and Bankruptcy Rule 1017(d).

Dated:  9/13/17

                          **CASE & DIGIAMBERARDINO, P.C.**

                    By:    s/John A. DiGiamberardino, Esquire
                              Attorney I.D. #41268
                              845 N. Park Road, Ste. 101
                              Wyomissing, PA  19610
                              (610) 372-9900
                              (610) 372-5469 -fax
                              Attorney for Debtor