United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-11339-ref
Scott E. Huber                                                      Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: Cathleen            Page 1 of 2              Date Rcvd: Sep 14, 2017
                               Form ID: pdf900          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2017.
```
db              +Scott E. Huber,    311 S. Miller St.,    Shillington, PA 19607-2517
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
13682695        +Andrew J. Marley, Esq.,    Stern & Eisenberg, PC,    1581 Main St., Ste. 200,
                 The Shops at Valley Square,    Warrington, PA 18976-3400
13682696        +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
13682697        +Arcadia Recovery Bureau,    P.O. Box 6768,    Wyomissing, PA 19610-0768
13740947         Berks County Tax Claim Bureau,    633 Court St 2nd Fl Svc Ctr,    Reading Pa 19601
13682698        +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
13690425         Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13697577        +John A. DiGiamberardino, Esquire,    Case & DiGiamberardino, P.C.,    845 N. Park Road, Ste. 101,
                 Wyomissing, PA 19610-1342
13682703        +New Penn Financial LLC,    dba Shellpoint Mortgage Servicing,    55 Beattie Place, Ste. 110,
                 Greenville, SC 29601-5115
13725900         New Penn Financial, LLC,    c/o Shellpoint Mortgage Servicing,    P.O. Box 10826,
                 Greenville, SC 29603-0826
13682705        +Receivables Management, Inc.,    4850 Street Rd., Ste. 300,    Trevose, PA 19053-6643
13682706        +Santander Consumer USA,    Po Box 961275,    Fort Worth, TX 76161-0275
13686134        +Santander Consumer/dba Chrysler Capital,    P.O BOX 961278,    Fort Worth, TX 76161-0278
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             +E-mail/Text: robertsl2@dnb.com Sep 15 2017 04:01:36      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 15 2017 04:01:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 15 2017 04:01:44      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13682700        +E-mail/Text: data_processing@fin-rec.com Sep 15 2017 04:00:56
                 Financial Recovery Services, Inc.,    POB 385908,    Minneapolis, MN 55438-5908
13682701         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 15 2017 04:06:15      LVNV Funding,
                 P.O. Box 10584,    Greenville, SC 29603-0584
13686473         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 15 2017 04:06:35
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13682702        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 15 2017 04:01:28      Midland Credit Mgmt., Inc.,
                 2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
13690718        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 15 2017 04:01:28      Midland Funding LLC,
                 PO Box 2011,    Warren MI 48090-2011
13682704         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 15 2017 04:01:22       Pa. Dept. of Revenue,
                 Bureau of Compliance,    Dept. 280946,    Harrisburg, PA 17128-0946
13684341         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 15 2017 04:01:22
                 Pennsylvania Department of Revenue,    Bankruptcy division, P O Box 280946,
                 Harrisburg P A 17128-0946
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13682699*       +Capital One,    Attn: Bankruptcy,    P O Box 30285,    Salt Lake City, UT 84130-0285
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: Cathleen               Page 2 of 2                   Date Rcvd: Sep 14, 2017
                              Form ID: pdf900              Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint
               Mortgage Servicing bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Scott E. Huber jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
               Servicing bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
               Servicing tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Scott E. Huber  : Chapter 13
        Debtor  : Case No.  16-11339

## NOTICE

    Scott E. Huber, Debtor in the above entitled case, hereby gives notice that he hereby converts his case from one under Chapter 13 of the Bankruptcy Code to one under Chapter 7 of the Bankruptcy Code pursuant to 11 USCS 1307(a) and Bankruptcy Rule 1017(d).

Dated:  9/13/17

                **CASE & DIGIAMBERARDINO, P.C.**

        By:    s/John A. DiGiamberardino, Esquire
                  Attorney I.D. #41268
                  845 N. Park Road, Ste. 101
                  Wyomissing, PA  19610
                  (610) 372-9900
                  (610) 372-5469 -fax
                  Attorney for Debtor