United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-11339-ref
Scott E. Huber                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Lisa            Page 1 of 2              Date Rcvd: Sep 18, 2017
                            Form ID: 309A         Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2017.
```
db              +Scott E. Huber,    311 S. Miller St.,    Shillington, PA 19607-2517
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13682695        +Andrew J. Marley, Esq.,    Stern & Eisenberg, PC,    1581 Main St., Ste. 200,
                  The Shops at Valley Square,    Warrington, PA 18976-3400
13682696        +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
13682697        +Arcadia Recovery Bureau,    P.O. Box 6768,    Wyomissing, PA 19610-0768
13740947         Berks County Tax Claim Bureau,    633 Court St 2nd Fl Svc Ctr,    Reading Pa 19601
13697577        +John A. DiGiamberardino, Esquire,    Case & DiGiamberardino, P.C.,    845 N. Park Road, Ste. 101,
                  Wyomissing, PA 19610-1342
13682703        +New Penn Financial LLC,    dba Shellpoint Mortgage Servicing,    55 Beattie Place, Ste. 110,
                  Greenville, SC 29601-5115
13725900         New Penn Financial, LLC,    c/o Shellpoint Mortgage Servicing,    P.O. Box 10826,
                  Greenville, SC 29603-0826
13682705        +Receivables Management, Inc.,    4850 Street Rd., Ste. 300,    Trevose, PA 19053-6643
13686134        +Santander Consumer/dba Chrysler Capital,    P.O BOX 961278,    Fort Worth, TX 76161-0278
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: jad@cdllawoffice.com Sep 19 2017 02:29:57     JOHN A. DIGIAMBERARDINO,
                  Case & DiGiamberardino, P.C.,    845 North Park Road,    Suite 101,    Wyomissing, PA  19610
tr              +EDI: QLEFELDMAN.COM Sep 19 2017 02:28:00      LYNN E. FELDMAN,    Feldman Law Offices PC,
                  221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg             +E-mail/Text: robertsl2@dnb.com Sep 19 2017 02:30:27      Dun & Bradstreet, INC,
                  3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2017 02:30:18
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 19 2017 02:30:33      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust             +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Sep 19 2017 02:30:24      United States Trustee,
                  Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13682698        +EDI: CAPITALONE.COM Sep 19 2017 02:28:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                  Salt Lake City, UT 84130-0285
13690425         EDI: CAPITALONE.COM Sep 19 2017 02:28:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                  Charlotte, NC  28272-1083
13682700        +E-mail/Text: data_processing@fin-rec.com Sep 19 2017 02:30:05
                  Financial Recovery Services, Inc.,    POB 385908,    Minneapolis, MN 55438-5908
13682701         EDI: RESURGENT.COM Sep 19 2017 02:28:00      LVNV Funding,    P.O. Box 10584,
                  Greenville, SC 29603-0584
13686473         EDI: RESURGENT.COM Sep 19 2017 02:28:00      LVNV Funding, LLC its successors and assigns as,
                  assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
13682702        +EDI: MID8.COM Sep 19 2017 02:28:00      Midland Credit Mgmt., Inc.,    2365 Northside Dr,
                  Suite 300,    San Diego, CA 92108-2709
13690718        +EDI: MID8.COM Sep 19 2017 02:28:00      Midland Funding LLC,    PO Box 2011,
                  Warren MI 48090-2011
13682704         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2017 02:30:18      Pa. Dept. of Revenue,
                  Bureau of Compliance,    Dept. 280946,    Harrisburg, PA 17128-0946
13684341         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2017 02:30:18
                  Pennsylvania Department of Revenue,    Bankruptcy division,    P O Box 280946,
                  Harrisburg P A 17128-0946
13682706        +EDI: CHRM.COM Sep 19 2017 02:28:00      Santander Consumer USA,    Po Box 961275,
                  Fort Worth, TX 76161-0275
                                                                                              TOTAL: 16
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13682699*       +Capital One,    Attn: Bankruptcy,    P O Box 30285,    Salt Lake City, UT 84130-0285
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: Lisa                   Page 2 of 2                   Date Rcvd: Sep 18, 2017
                              Form ID: 309A                Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint
               Mortgage Servicing bkgroup@kmllawgroup.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Scott E. Huber jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
               Servicing bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.epiqsystems.com
              THOMAS I. PULEO    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
               Servicing tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Scott E. Huber** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2080 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13**   **2/29/16** |
| Case number: | **16–11339–ref** | Date case converted to chapter **7**   **9/13/17** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Scott E. Huber | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 311 S. Miller St. <br> Shillington, PA 19607 | | |
| 4. | **Debtor's attorney** <br> Name and address | JOHN A. DIGIAMBERARDINO <br> Case & DiGiamberardino, P.C. <br> 845 North Park Road <br> Suite 101 <br> Wyomissing, PA 19610 | | Contact phone 610–372–9900 <br> Email: jad@cdllawoffice.com |
| 5. | **Bankruptcy trustee** <br> Name and address | LYNN E. FELDMAN <br> Feldman Law Offices PC <br> 221 N. Cedar Crest Blvd. <br> Allentown, PA 18104 | | Contact phone (610) 530–9285 <br> Email: trustee.feldman@rcn.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| 6. | **Bankruptcy clerk's office** | 400 Washington Street Suite 300 Reading, PA 19601 | Office Hours: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M. |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | | Contact phone (610)2085040 Date: 9/18/17 |

| 7. | **Meeting of creditors** | **October 16, 2017 at 12:00 PM** | Location: |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **544 Court Street, Reading, PA 19601** |

| 8. | **Presumption of abuse** | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. |
|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 12/15/17** |
|---|---|---|---|
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:** <br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br>**You must file a motion:** <br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:** <br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|
| | Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|---|