Certificate Number: 11760-PAE-DE-030162375

Bankruptcy Case Number: 16-11339



11760-PAE-DE-030162375

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 12, 2017</u>, at <u>7:23</u> o'clock <u>PM PST</u>, <u>Scott Huber</u> completed a course on personal financial management given <u>by internet</u> by <u>123 Debtor.com, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>November 12, 2017</u>        By:    <u>/s/Jennifer L Walter</u>

Name:  <u>Jennifer L Walter</u>

Title:   <u>Teacher</u>