# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Scott E. Huber<br>　　　　　　　　Debtor | CHAPTER 7 |
| New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing<br>　　　　　　　　Movant<br>　　vs. | NO. 16-11339 REF |
| Scott E. Huber<br>　　　　　　　　Debtor | |
| Frederick L. Reigle Esq.<br>　　　　　　　　Trustee | 11 U.S.C. Sections 362 and 1301 |

## **ORDER**

AND NOW, at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on August 29, 2017 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: November 21, 2017**

　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list