United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-11339-ref
Scott E. Huber                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR              Page 1 of 1          Date Rcvd: Nov 21, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2017.
db              +Scott E. Huber,    311 S. Miller St.,    Shillington, PA 19607-2517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2017 at the address(es) listed below:
        DENISE ELIZABETH CARLON    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint
         Mortgage Servicing bkgroup@kmllawgroup.com
        JOHN A. DIGIAMBERARDINO    on behalf of Debtor Scott E. Huber jad@cdllawoffice.com,
         dmk@cdllawoffice.com,reb@cdllawoffice.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
         Servicing bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.epiqsystems.com
        REBECCA ANN SOLARZ    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
         Servicing bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
         Servicing tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Scott E. Huber<br><br>           Debtor | CHAPTER 7 |
| New Penn Financial, LLC d/b/a Shellpoint Mortgage<br>Servicing<br>           Movant<br>    vs. | NO. 16-11339 REF |
| Scott E. Huber<br><br>           Debtor | |
| Frederick L. Reigle Esq.<br><br>           Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on August 29, 2017 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: November 21, 2017**

_____
United States Bankruptcy Judge.

cc: See attached service list