United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 16-11339-ref
Scott E. Huber                                                      Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4         User: SaraR              Page 1 of 2              Date Rcvd: Dec 20, 2017
                             Form ID: 318             Total Noticed: 28
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2017.
```
db              +Scott E. Huber,    311 S. Miller St.,    Shillington, PA 19607-2517
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13682695        +Andrew J. Marley, Esq.,    Stern & Eisenberg, PC,    1581 Main St., Ste. 200,
                  The Shops at Valley Square,    Warrington, PA 18976-3400
13682696        +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
13682697        +Arcadia Recovery Bureau,    P.O. Box 6768,    Wyomissing, PA 19610-0768
13740947         Berks County Tax Claim Bureau,    633 Court St 2nd Fl Svc Ctr,    Reading Pa 19601
13697577        +John A. DiGiamberardino, Esquire,    Case & DiGiamberardino, P.C.,    845 N. Park Road, Ste. 101,
                  Wyomissing, PA 19610-1342
13682703        +New Penn Financial LLC,    dba Shellpoint Mortgage Servicing,    55 Beattie Place, Ste. 110,
                  Greenville, SC 29601-5115
13725900         New Penn Financial, LLC,    c/o Shellpoint Mortgage Servicing,    P.O. Box 10826,
                  Greenville, SC 29603-0826
13682705        +Receivables Management, Inc.,    4850 Street Rd., Ste. 300,    Trevose, PA 19053-6643
13686134        +Santander Consumer/dba Chrysler Capital,    P.O BOX 961278,    Fort Worth, TX 76161-0278
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: QLEFELDMAN.COM Dec 21 2017 01:38:00      LYNN E. FELDMAN,    Feldman Law Offices PC,
                  221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg             +E-mail/Text: robertsl2@dnb.com Dec 21 2017 01:43:46      Dun & Bradstreet, INC,
                  3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2017 01:43:28
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 21 2017 01:43:59      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13682698        +EDI: CAPITALONE.COM Dec 21 2017 01:38:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                  Salt Lake City, UT 84130-0285
13690425         EDI: CAPITALONE.COM Dec 21 2017 01:38:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                  Charlotte, NC  28272-1083
13682700        +E-mail/Text: data_processing@fin-rec.com Dec 21 2017 01:42:43
                  Financial Recovery Services, Inc.,    POB 385908,    Minneapolis, MN 55438-5908
13682701         EDI: RESURGENT.COM Dec 21 2017 01:38:00      LVNV Funding,    P.O. Box 10584,
                  Greenville, SC 29603-0584
13686473         EDI: RESURGENT.COM Dec 21 2017 01:38:00      LVNV Funding, LLC its successors and assigns as,
                  assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
13682702        +EDI: MID8.COM Dec 21 2017 01:38:00      Midland Credit Mgmt., Inc.,    2365 Northside Dr,
                  Suite 300,    San Diego, CA 92108-2709
13690718        +EDI: MID8.COM Dec 21 2017 01:38:00      Midland Funding LLC,    PO Box 2011,
                  Warren MI 48090-2011
13682704         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2017 01:43:27      Pa. Dept. of Revenue,
                  Bureau of Compliance,    Dept. 280946,    Harrisburg, PA 17128-0946
13684341         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2017 01:43:28
                  Pennsylvania Department of Revenue,    Bankruptcy division, P O Box 280946,
                  Harrisburg P A 17128-0946
13682706        +EDI: CHRM.COM Dec 21 2017 01:38:00      Santander Consumer USA,    Po Box 961275,
                  Fort Worth, TX 76161-0275
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13682699*       +Capital One,    Attn: Bankruptcy,    P O Box 30285,    Salt Lake City, UT 84130-0285
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: SaraR              Page 2 of 2              Date Rcvd: Dec 20, 2017
                              Form ID: 318             Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint
               Mortgage Servicing bkgroup@kmllawgroup.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Scott E. Huber jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
               Servicing bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.epiqsystems.com
              REBECCA ANN SOLARZ    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
               Servicing bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
               Servicing tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 8
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Scott E. Huber** | Social Security number or ITIN **xxx–xx–2080** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court **Eastern District of Pennsylvania**

Case number: **16–11339–ref**

## Order of Discharge                                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Scott E. Huber

12/20/17                                                                    **By the court:**    Richard E. Fehling
                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**